UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Jordan Ben Sterns [1],

        Defendant.

CASE NO. 11cr3920-BTM

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case(11CR4789-BTM) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

18:2252(a)(4) - Possession of Images of Minors Engaged in Sexually

Explicit Conduct

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/28/2011

                              BARRY TED MOSKOWITZ
                              UNITED STATES DISTRICT JUDGE